# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE CENTURY FOUNDATION,** | |
| PLAINTIFF, | CIVIL ACTION NO.: 18-1120 (RDM) |
| v. | |
| **UNITED STATES DEPARTMENT OF EDUCATION,** | |
| DEFENDANT. | |

## CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE, AND MEMORANDUM IN SUPPORT THEREOF

Defendant U.S. Department of Education ("Defendant" or "DOE"), by and through undersigned counsel, respectfully requests that the Court vacate the Status Conference currently set for July 17, 2017, at 2:00 p.m.

In support of this motion, Defendant states the following:

## CASE BACKGROUND AND CURRENT STATUS

1. Plaintiff's brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, and the Declaratory Judgment Act, 28 §§ 22.01 and 2202; the Complaint alleges that Plaintiff seeks relief in connection with

    - a January 22, 2018, FOIA request to DOE seeking "information regarding the School Eligibility Service Group's oversight of school's compliance with Title VI regulations," which DOE assigned tracking number 18-00887-F, *see* ECF No. 1: Compl. ¶¶ 1, 18; and

    - a second January 22, 2018, FOIA request to DOE seeking "information regarding the Administrative Action and Appeals Service Group's Enforcement Actions, school revocations, and school recertification denials that contain one or more statements that an institution engaged in one or more 'substantial misrepresentations,'" *id*. ¶ 25, as that term is defined by implementing regulations of Title IV, which DOE assigned tracking number 18-00888-F, *id*. ¶¶ 18, 26.

2.       On May 11, 2018, DOE issued its final response to FOIA Request No. 18-00887-F by mailing to Plaintiff a CD containing 616 pages of documents responsive to the FOIA request and a FOIA response letter noting, among other things, that portions of records were withheld according to FOIA exemption (b)(6).

3.       On May 17, 2018, DOE was served with Plaintiff's Complaint. *See* ECF No. 6.

4.       On June 27, 2018, DOE filed its Answer to the Complaint. *See* ECF No. 11.

5.       On July 2, 2018, DOE issued its final response to FOIA Request No. 18-00888-F by mailing to Plaintiff a CD containing 1047 pages of documents responsive to the FOIA request and a FOIA response letter noting, among other things, that portions of records were withheld according to FOIA exemptions (b)(4), (b)(5), and (b)(6).

6.       Counsel for the parties have been in contact via email and have scheduled a telephone conference for July 11, 2018, to confer regarding this case and DOE's responses to the two FOIA requests that are the subject of this case.

## **BASIS FOR REQUEST**

7.       Undersigned counsel cannot participate in a hearing in this case at 2:00 P.M. on July 17, 2018, because counsel is already scheduled to appear for a Post-Discovery Conference at 2:15 p.m. on July 17, 2018, in *Snowden v. Zinke*, Case No. 15-1382 (KBJ).

8.       The parties have conferred and provide the following alternative dates and times that both parties are available for a Status Conference in this case:

- Wednesday, July 18
- Thursday, July 19 (before 1:00p.m.)
- Friday, July 20 (before 1:00p.m.)
- Monday, July 23

In the event that the Court chooses to reschedule the hearing for a date that is not listed above, undersigned counsel respectfully requests that the Court not reschedule the hearing

to occur between July 24, 2018, and July 31, 2018, as undersigned counsel will be out of the office during this period.

9.  Pursuant to LCvR 7(m), Plaintiff consents to the relief requested in this motion.

10. Granting Defendant's motion will not affect any other deadlines in this action, as no other deadlines are set.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant this motion. A proposed Order consistent with this request is attached herewith.

Dated: July 10, 2018            Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2525
April.Seabrook@usdoj.gov

*COUNSEL FOR DEFENDANT*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE CENTURY FOUNDATION,**<br><br>　　　　**PLAINTIFF,**<br>　　v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION,**<br><br>　　　　**DEFENDANT.** | **CIVIL ACTION NO.: 18-1120 (RDM)** |

## ORDER

Upon consideration of Defendant's *Motion to Reschedule Status Conference*, and the entire record herein, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Status Conference set for July 17, 2018, at 2:00 p.m. is hereby **VACATED** and

It is **FURTHER ORDERED** the parties shall appear for a Status Conference on _____, 2018, at _____ a.m./p.m., in Courtroom 21.

It is **SO ORDERED** this \_\_\_\_\_ day of _____, 2018.

　

**RANDOLPH D. MOSS**
UNITED STATES DISTRICT COURT JUDGE