**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE CENTURY FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>        Defendant. | Case No.:  18-1120 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated July 19, 2018, the parties respectfully submit this Joint Status Report in this matter brought pursuant to the Freedom of Information Act.

This case concerns two FOIA requests submitted by Plaintiff to Defendant.  The requests were assigned tracking numbers 18-00887-F and 18-00888-F.  Defendant has completed its production of non-exempt records responsive to the requests.  The parties have conferred and Plaintiff has determined that it will not challenge the exemptions applied to the production for request number 18-00887-F.  Plaintiff has asked Defendant questions about the production for request number 18-00888-F and the parties are continuing to confer about those questions.  The parties respectfully request additional time to confer so that they can attempt to resolve any remaining issues informally before proposing a briefing schedule to the Court.

The parties further propose that they file another joint status report by September 19, 2018, updating the Court on the status of this matter and proposing a briefing schedule if the parties determine that briefing will be necessary.

Respectfully submitted,

\_\_\_\_/s/_____
Martha U. Fulford (D.C. Bar 1011954)
Robyn K. Bitner (Admitted *pro hac vice*)
National Student Legal Defense Network
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
martha@nsldn.org
(202) 734-7495

*Counsel for Plaintiff*


JESSIE K. LIU
D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR #924092
Chief, Civil Division

\_\_\_\_/s/_____
JOSHUA M. KOLSKY
D.C. BAR # 993430
Assistant United States Attorney
District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599
joshua.kolsky@usdoj.gov

*Counsel for Defendants*