# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTURY FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> Defendant. | Case No.:  18-1120 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's August 21, 2018, Minute Order, the parties respectfully submit this Joint Status Report in this matter, which was brought pursuant to the Freedom of Information Act.

1. This case concerns two FOIA requests submitted by Plaintiff to Defendant. The requests were assigned tracking numbers 18-00887-F and 18-00888-F.

2. Defendant has completed its production of non-exempt records responsive to the requests.

3. The parties respectfully request additional time to confer so that they can attempt to resolve any remaining issues informally before proposing a briefing schedule to the Court.

4. The parties further propose that they file another joint status report by September 26, 2018, updating the Court on the status of this matter and proposing a briefing schedule if the parties determine that briefing will be necessary.

Dated: September 19, 2018                                  Respectfully submitted,

                                                                                      /s/
Martha U. Fulford (D.C. Bar 1011954)
Robyn K. Bitner (Admitted *pro hac vice*)
National Student Legal Defense Network
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
martha@nsldn.org
(202) 734-7495

*Counsel for Plaintiff*


JESSIE K. LIU
D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR #924092
Chief, Civil Division

By:   /s/ April Denise Seabrook
APRIL DENISE SEABROOK
D.C. Bar #993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2525
April.Seabrook@usdoj.gov

*Counsel for Defendant*