# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTURY FOUNDATION,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>  Defendant. | Case No.:  18-1120 (RDM) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff The Century Foundation and Defendant U.S. Department of Education, by and through undersigned counsel, respectfully submit this Joint Stipulation of Dismissal with Prejudice and assert the following:

1. This case concerns two FOIA requests submitted by Plaintiff to Defendant.  The requests were assigned tracking numbers 18-00887-F and 18-00888-F.

2. Defendant has completed its production of non-exempt records responsive to the requests. Subsequent to that production, counsel for Plaintiff and Defendant were able to resolve all remaining issues regarding the adequacy of Defendant's search and response.

3. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated: September 24, 2018                               Respectfully submitted,

                                       /s/
Martha U. Fulford (D.C. Bar 1011954)
Robyn K. Bitner (Admitted *pro hac vice*)
National Student Legal Defense Network
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
martha@nsldn.org
(202) 734-7495

*Counsel for Plaintiff*


JESSIE K. LIU
D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR #924092
Chief, Civil Division

By:   /s/ April Denise Seabrook
APRIL DENISE SEABROOK
D.C. Bar #993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2525
April.Seabrook@usdoj.gov

*Counsel for Defendant*